

Richard A. Edlin
Vice Chairman
Tel 212.801.9200
Fax 212.801.6400
edlinr@gtlaw.com

January 9, 2023

**VIA ECF**

MEMO ENDORSED

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Perrigo Pharma Int'l Designated Activity Co. v. Mead Johnson & Co.*, No. 23-cv-00008 (ER)

Dear Judge Ramos:

    We represent plaintiff Perrigo Pharma International Designated Activity Co. ("Perrigo") in the above-captioned action. We write to respectfully request permission to redact sensitive and confidential business information in Perrigo's reply brief and the Declaration of Chris Kapral, which we are filing contemporaneously herewith. The information to be redacted is in line with the information whose redaction the Court previously approved. (ECF No. 18.)

                        Respectfully submitted,

                        /s/ *Richard A. Edlin*

                        Richard A. Edlin

---

The request is granted. Perrigo may file the redacted version of its reply brief and supporting documents. It may file unredacted versions of the same under seal. SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: January 9, 2023
New York, New York

---

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400
www.gtlaw.com