**Davis Polk**

Andrew Ditchfield
+1 212 450 3009
andrew.ditchfield@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

> The request to adjourn the case management conference scheduled for December 22, 2023, is granted. SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: December 13, 2023
> New York, New York

# MEMO ENDORSED

December 13, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Perrigo Pharma International Designated Activity Co. v. Mead Johnson & Co. LLC*,
    Case No. 23 Civ. 00008 (ER)

Dear Judge Ramos:

We represent Defendant Mead Johnson & Co. LLC ("Mead Johnson") in the above-referenced action. Pursuant to Rule 1.E of Your Honor's Individual Practices, we write jointly with Plaintiff Perrigo Pharma International Designated Activity Co. ("Perrigo") to seek an adjournment of the case management conference currently scheduled for December 22, 2023 at 11:00 a.m., in light of the Court's stay of discovery pending resolution of Mead Johnson's Motion to Dismiss Perrigo's Amended Complaint (the "Motion"). There have been no previous requests for an adjournment of this conference.

The upcoming case management conference was originally scheduled by the Court to coincide with the completion of discovery on December 22, 2023, as set forth in the parties' initial Civil Case Discovery and Scheduling Order, which was entered by the Court on April 14, 2023. (*See* Dkt. No. 85 at 2 ¶¶ 14, 19.) Mead Johnson filed its Motion on May 16, 2023. (Dkt. No. 97.) Thereafter, on May 22, 2023, the Court ordered a stay of all discovery pending resolution of Mead Johnson's Motion (Dkt. No. 102), which was fully briefed as of June 20, 2023 (Dkt. No. 109).

In light of the Court's stay order and Mead Johnson's pending Motion, the parties now respectfully request that the Court adjourn the December 22 case management conference until after a decision is made on the Motion and, if the Motion is not granted in full, the parties have submitted to the Court a proposed amended Civil Case Discovery Plan and Scheduling Order with updated case deadlines, consistent with the terms of the Civil Case Discovery and Scheduling Order. (*See* Dkt. No. 85 at 3 ¶ 6.)

To the extent the Court wishes to proceed with the case management conference on December 22, 2023 at 11:00 a.m., the parties respectfully request that the conference be held telephonically or by other virtual means.

Respectfully submitted,

/s/ Andrew Ditchfield

Andrew Ditchfield

cc:     All Counsel of Record (via ECF)

**Electronic Filing**